STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. COL-
LINGSWOOD SEWERAGE COMPANY, PLAINTIFF IN
ERROR.

Argued June 23, 1914—Decided October 16, 1914.

On error to the Supreme Court, whose opinion is reported
in 85 *N. J. L.* 567.

For the defendant in error, *William J. Kraft.*

For the plaintiff in error, *Gaskill & Gaskill.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDEN-
BURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. COL-
LINGSWOOD SEWERAGE COMPANY, PLAINTIFF IN
ERROR.

Argued June 23, 1914—Decided October 16, 1914.

On error to the Supreme Court, whose opinion is reported
in 85 *N. J. L.* 567.

For the defendant in error, *William J. Kraft.*

For the plaintiff in error, *Gaskill & Gaskill.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.

---

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. JAMES J. KELLY, PLAINTIFF IN ERROR.

Submitted July 3, 1914—Decided September 25, 1914.

On error to the Supreme Court, whose opinion is reported in 84 *N. J. L.* 1.

For the defendant in error, *Robert S. Hudspeth.*

For the plaintiff in error, *Marshall Van Winkle* and *John J. Fallon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 10.

*For reversal*—None.